UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE: TAMMY TRANTER, AS
OWNER OF THE MOTOR VESSEL
"SOUTHERN VORTEX," A 47 FOOT
2004 FORMULA THUNDERBIRD
BEARING HULL IDENTIFICATION
NUMBER TNRD2634A304

TAMMY TRANTER, AS OWNER OF
THE MOTOR VESSEL "SOUTHERN
VORTEX," A 47 FOOT 2004 FORMULA
THUNDERBIRD BEARING HULL
IDENTIFICATION NUMBER
TNRD2634A304, Her Engines, Tackle,
Apparel and Appurtenances

        Plaintiff,

v.                                          Case No: 2:17-cv-144-FtM-38MRM

UNKNOWN DEFENDANT,

        Defendant.
_____/

**<u>ORDER</u>**[1]

     This matter comes before the Court on United States Magistrate Judge Mac R. McCoy's Report and Recommendation. (Doc. 15). Judge McCoy recommends that Plaintiff's Motion for Entry of Default and Default Final Judgment be granted in part and

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

denied without prejudice in part. No objections to the Report and Recommendation have been filed, and the time to do so has elapsed. This matter is now ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. *See* 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations, 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting an independent examination of the file and on consideration of Judge McCoy's findings and recommendation, the Court accepts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 15) is **ACCEPTED** and **ADOPTED** and the findings incorporated herein.
2. The Plaintiff's Motion for Entry of Default and Default Final Judgment (Doc. 13) is **GRANTED in part** such that a Clerk's default shall be entered and **DENIED without prejudice in part** to the extent that Plaintiff's seeks default judgment.

3. The Clerk of Court is **DIRECTED** to enter Clerk's default against ST Snook Bight Marina, LLC, Mouser Engineering, LLC, David Denise, and all persons and entities who have failed to file claims or answers to the Verified Complaint.

4. Plaintiff may file a renewed motion for entry of a default judgment after the entry of the Clerk's default. *See* Fed. R. Civ. P. 55(b).

**DONE** and **ORDERED** in Fort Myers, Florida this 8th day of February, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record